UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| IN RE APPLICATION OF THE UNITED STATES OF AMERICA FOR AN ORDER AUTHORIZING THE INSTALLATION AND USE OF PEN REGISTERS AND TRAP AND TRACE DEVICES | MISC. NO. 18-mj-7061<br><br>Filed Under Seal |

ORDER

Assistant United States Attorney Katherine V. Boyle, on behalf of the United States, has submitted an application pursuant to 18 U.S.C. §§ 3122 and 3123, requesting that the Court issue an Order authorizing the installation and use of pen registers and trap and trace devices ("pen-trap devices") on the IP address described in Attachment A, which is incorporated into this Order by reference.

The Court finds that an attorney for the government has submitted the application and has certified that the information likely to be obtained by such installation and use is relevant to an ongoing criminal investigation being conducted by the Drug Enforcement Administration of Stephan Caamano in connection with possible criminal violations, including Possession of a Controlled Substance with the Intent to Distribute and Distribution of a Controlled Substance, in violation of 21 U.S.C. § 841(a).

IT IS THEREFORE ORDERED, pursuant to 18 U.S.C. § 3123, that the Drug Enforcement Administration may install and use pen-trap devices to record, decode, and/or capture dialing, routing, addressing, and signaling information associated with

each communication to or from the IP address described in Attachment A, including the date, time, and duration of the communication, and the following, without geographic limit:

- IP addresses
- MAC addresses
- Port numbers
- Packet headers

IT IS FURTHER ORDERED, pursuant to 18 U.S.C. § 3123(c)(1), that the use and installation of the foregoing is authorized for sixty days from the date of this Order;

IT IS FURTHER ORDERED, pursuant to 18 U.S.C. §§ 3123(b)(2) and 3124(a)-(b), that Comcast Corporation and any other person or entity providing wire or electronic communication service in the United States whose assistance may, pursuant to 18 U.S.C. § 3123(a), facilitate the execution of this Order shall, upon service of this Order, furnish information, facilities, and technical assistance necessary to install the pen-trap devices, including installation and operation of the pen-trap devices unobtrusively and with minimum disruption of normal service;

IT IS FURTHER ORDERED that the Drug Enforcement Administration reasonably compensate Comcast Corporation and any other person or entity whose assistance facilitates execution of this Order for reasonable expenses incurred in complying with this Order;

IT IS FURTHER ORDERED that Comcast Corporation and any other person or entity whose assistance may facilitate execution of this Order notify the applicant and

the Drug Enforcement Administration of any changes relating to the IP address described in Attachment A, including changes to subscriber information, and to provide prior notice to the Drug Enforcement Administration before terminating or changing service to the IP address;

IT IS FURTHER ORDERED that the Drug Enforcement Administration and the applicant have access to the information collected by the pen-trap devices as soon as practicable, twenty-four hours per day, or at such other times as may be acceptable to the Drug Enforcement Administration, for the duration of the Order;

IT IS FURTHER ORDERED, pursuant to 18 U.S.C. § 3123(d)(2), that Comcast Corporation and any other person or entity whose assistance facilitates execution of this Order, and their agents and employees, shall not disclose in any manner, directly or indirectly, by any action or inaction, the existence of the application and this Order, the pen-trap devices, or the investigation to any person, unless and until otherwise ordered by the Court, except that Comcast Corporation may disclose this Order to an attorney for Comcast Corporation for the purpose of receiving legal advice;

IT IS FURTHER ORDERED that the Clerk of the Court shall provide the United States Attorney's Office with three certified copies of this application and Order, and shall provide copies of this Order to the Drug Enforcement Administration and Comcast Corporation upon request;

IT IS FURTHER ORDERED that the application and this Order are sealed until otherwise ordered by the Court, pursuant to 18 U.S.C. § 3123(d)(1).

s/ERIC I. LONG

3/22/2018
Date

The Honorable Eric I. Long
United States Magistrate Judge

## ATTACHMENT A

Comcast Corporation

| Facility | Number or identifier | Owner, if known | Subject of investigation, if known |
|---|---|---|---|
| IP address | 98.228.49.216 | Stephan Caamano | Stephan Caamano |